IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FAY ROSE TOURE, et al., | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| vs. | )  CIVIL ACTION NO. 15-0018-CG-M |
| | ) |
| CECIL WILLIAMSON, et al., | ) |
| | ) |
|     Defendants. | ) |

## ORDER

The court hereby **ADOPTS** the joint Settlement Agreement (Doc. 25) filed by the parties on February 12, 2015 (Doc. 25); therefore, this action is **DISMISSED WITH PREJUDICE**.

**DONE and ORDERED** this 13th day of February, 2015.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE